1    JASON M. FRIERSON
     United States Attorney
2    District of Nevada
     Nevada Bar Number 7709
3    JOSHUA BRISTER
     Assistant United States Attorney
4    501 Las Vegas Boulevard South
     Suite 1100
5    Las Vegas, Nevada 89101
     702-388-6370 (phone)
6    702-388-5087 (fax)
     joshua.brister@usdoj.gov
7    *Attorney for the United States of America*

8                **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
9

10   IN THE MATTER OF THE              Case No. 2:21-mj-01004-DJA
     APPLICATION OF THE UNITED
     STATES OF AMERICA FOR AN          **MOTION TO UNSEAL**
11   ORDER AUTHORIZING THE
     INSTALLATION AND USE OF A PEN
12   REGISTER, TRAP AND TRACE
     DEVICE AND CALLER
13   IDENTIFICATION SERVICE, AND
     AUTHORIZING RELEASE OF
14   SUBSCRIBER INFORMATION, CELL
     SITE INFORMATION AND FOR A
15   GPS TRACKING WARRANT ON
     CELLULAR TELEPHONE NUMBER
16   (725) 710-3071

     IN THE MATTER OF THE              Case No. 2:22-mj-00125-DJA
17   APPLICATION OF THE UNITED
     STATES OF AMERICA FOR A           **MOTION TO UNSEAL**
18   WARRANT AUTHORIZING THE
     CONTINUED MONITORING OF A
19   TRACKING DEVICE IN OR ON A
     GOLD IN COLOR 2000 CHEVROLET
20   ASTROVAN, BEARING NEVADA
     LICENSE PLATE 341N15.
21

22

23

| | |
|---|---|
| 1   IN THE MATTER OF THE | Case No. 2:22-mj-00131-DJA |
| 2   APPLICATION OF THE UNITED STATES OF AMERICA FOR AN | **MOTION TO UNSEAL** |
| ORDER AUTHORIZING THE | |

IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN
ORDER AUTHORIZING THE
INSTALLATION AND USE OF A PEN
REGISTER, TRAP AND TRACE
DEVICE AND CALLER
IDENTIFICATION SERVICE, AND
AUTHORIZING RELEASE OF
SUBSCRIBER INFORMATION, CELL
SITE INFORMATION AND FOR A
GPS TRACKING WARRANT ON
CELLULAR TELEPHONE NUMBER
(562) 532-7253

Case No. 2:22-mj-00131-DJA

**MOTION TO UNSEAL**

IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN
ORDER AUTHORIZING THE
INSTALLATION AND USE OF A PEN
REGISTER, TRAP AND TRACE
DEVICE AND CALLER
IDENTIFICATION SERVICE, AND
AUTHORIZING RELEASE OF
SUBSCRIBER INFORMATION, CELL
SITE INFORMATION AND FOR A
GPS TRACKING WARRANT ON
CELLULAR TELEPHONE NUMBER
702-665-2890

Case No. 2:22-mj-00216-DJA

**MOTION TO UNSEAL**

The United States of America, by Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, moves for an Order to unseal the above captioned case numbers.

1.      On December 8, 2021, the Honorable Daniel J. Albregts authorized a GPS tracking warrant on cellular telephone number (725) 710-3071 in Case Number 2:21-mj-01004-DJA.

2.      On February 15, 2022, the Honorable Daniel J. Albregts authorized a GPS tracking warrant on a gold in color 2000 Chevrolet Astrovan, bearing NV license plate

1   #341N15, in Case Number 2:22-mj-00125-DJA.

2       3.    On February 16, 2022, the Honorable Daniel J. Albregts authorized a GPS

3   tracking warrant on cellular telephone number (562) 532-7253 in Case Number 2:22-mj-

4   00131-DJA.

5       4.    On March 22, 2022, the Honorable Daniel J. Albregts authorized a GPS

6   tracking warrant on cellular telephone number 702-665-2890 in Case Number 2:22-mj-

7   00216-DJA.

8       5.    On May 17, 2022, the grand jury returned indictments in Case Numbers 2:22-

9   cr-00102-CDS-EJY and 2:22-cr-00106-APG-NJK.   The Government seeks to unseal the

10  above captioned matters so that the documents can be provided in discovery.

11      DATED this 18th day of May, 2022.

12                                    Respectfully submitted,

13                                    JASON M. FRIERSON
                                  United States Attorney

14                                    District of Nevada

15

16                                  *Joshua Brister*
                                  _____

17                                    JOSHUA BRISTER
                                  Assistant United States Attorney

18

19

20

21

22

23

1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

2

3
IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN
ORDER AUTHORIZING THE
INSTALLATION AND USE OF A PEN
REGISTER, TRAP AND TRACE
DEVICE AND CALLER
IDENTIFICATION SERVICE, AND
AUTHORIZING RELEASE OF
SUBSCRIBER INFORMATION, CELL
SITE INFORMATION AND FOR A
GPS TRACKING WARRANT ON
CELLULAR TELEPHONE NUMBER
(725) 710-3071

Case No. 2:21-mj-01004-DJA

**ORDER TO UNSEAL**

4

5

6

7

8

9

10
IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR A
WARRANT AUTHORIZING THE
CONTINUED MONITORING OF A
TRACKING DEVICE IN OR ON A
GOLD IN COLOR 2000 CHEVROLET
ASTROVAN, BEARING NEVADA
LICENSE PLATE 341N15.

Case No. 2:22-mj-00125-DJA

**ORDER TO UNSEAL**

11

12

13

14

15
IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN
ORDER AUTHORIZING THE
INSTALLATION AND USE OF A PEN
REGISTER, TRAP AND TRACE
DEVICE AND CALLER
IDENTIFICATION SERVICE, AND
AUTHORIZING RELEASE OF
SUBSCRIBER INFORMATION, CELL
SITE INFORMATION AND FOR A
GPS TRACKING WARRANT ON
CELLULAR TELEPHONE NUMBER
(562) 532-7253

Case No. 2:22-mj-00131-DJA

**ORDER TO UNSEAL**

16

17

18

19

20

21

22

23

4

1    IN THE MATTER OF THE          Case No. 2:22-mj-00216-DJA
APPLICATION OF THE UNITED
2    STATES OF AMERICA FOR AN      **ORDER TO UNSEAL**
ORDER AUTHORIZING THE
3    INSTALLATION AND USE OF A PEN
REGISTER, TRAP AND TRACE
4    DEVICE AND CALLER
IDENTIFICATION SERVICE, AND
5    AUTHORIZING RELEASE OF
SUBSCRIBER INFORMATION, CELL
6    SITE INFORMATION AND FOR A
GPS TRACKING WARRANT ON
7    CELLULAR TELEPHONE NUMBER
702-665-2890

8

Based upon the Motion of the Government, and good cause appearing, **IT IS**

9

**HEREBY ORDERED** that the above captioned matters and all documents filed therein

10

are unsealed.

11

12    DATED this __19th__ day of May, 2022.

13

14    _____

15    THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

5